1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

9    MAURICE RAYMOND BOUDREAU,          Case No. 1:20-cv-00470-JDP

10              Plaintiff,              ORDER GRANTING MOTION TO
                                        PROCEED IN FORMA PAUPERIS
11       v.
                                        ECF No. 2
12   COMMISSIONER OF
     SOCIAL SECURITY,
13
                 Defendant.
14

15        Plaintiff Maurice Raymond Boudreau proceeds in this Social Security appeal represented

16   by counsel.  Plaintiff moves to proceed *in forma pauperis* under 28 U.S.C. § 1915.  ECF No. 2.

17   Plaintiff has submitted a declaration regarding his financial circumstances.  *Id.*  The court finds

18   that plaintiff's declaration satisfies the requirements of § 1915 and therefore grants the motion

19   to proceed *in forma pauperis*.  The court will also direct a United States Marshal to serve

20   defendant Commissioner of Social Security.  *See* Fed. R. Civ. P. 4(c)(3).

21        **Order**

22        a.  Plaintiff's motion for leave to proceed *in forma pauperis* is granted.

23        b.  The court orders service of process on defendant:

24            i.  The clerk must issue summons.

25            ii.  The United States Marshals Service must serve a copy of the complaint,

26                 summons, and this order on defendant.

27            iii.  Plaintiff must assist the marshal upon request.

28

iv. The United States will advance all costs of service.

IT IS SO ORDERED.

Dated:  April 4, 2020

_____
UNITED STATES MAGISTRATE JUDGE

No. 205.